# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION -COLUMBUS

| | | |
|---|---|---|
| In Re: | : | Case No. 13-59104 |
| Veronica E. Breitenbach | : | Chapter 13 |
| | : | Judge John E. Hoffman, Jr. |
| Debtor(s) | : | FIRST AMENDED NOTICE OF CHANGE OF ADDRESS |
| | : | |

Comes now Debtor, by counsel, and gives this Court notice of change of address as follows:

416 DEAN STREET<br>
WAVERLY, OHIO 45690

Respectfully submitted,

/s/ G. Timothy Dearfield
G. Timothy Dearfield (OH-0039684)
Attorney for Debtor(s)
800 Gallia Street, Suite 24
Portsmouth, OH 45662
740-354-4483 phone
740-354-7780 fax
dearfieldlawfirm@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2017, a copy of the foregoing Notice of Change of Address was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Faye D. English
(Chapter 13 Trustee)


US Trustee

And on the following by **ordinary U.S. Mail** addressed to:

Veronica E. Breitenbach
416 Dean Street
Waverly, OH 45690

Atomic Credit Union
711 Beaver Creek Road
Piketon, OH 45661-9140

Fifth Third Bank
MD# RPOS05 Bankruptcy Dept
1850 East Paris SE
Grand Rapids, MI 49546-6253

Fingerhut
PO Box 166
Newark, NJ 07101-0166

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Kyle Miller
126 No Name Road
Piketon, OH 45661-9050

Ohio Dept of Taxation
Compliance Division
PO Box 182402
Columbus, OH 43218-2402

Richard Breitenbach
227 Grandview Ave
Waverly, OH 45690-1028

Sears Credit Card
PO Box 6283
Sioux Falls, SD 57117-6283

AT&T
PO Box 8212
Aurora, IL 60572-8212

Capital One Bank USA NA
PO Box 6492
Carol Stream, IL 60197-6492

Fifth Third Bank
9441 LBJ Freeway, Suite 350
Dallas, TX 75243-4652

GE Capital Retail Bank
PO Box 965033
Orlando, FL 32896-5033

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC its successors
And assigns
Assignee of Citibank N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Ohio Department of Taxation
PO Box 182401
Columbus, OH 43218-2401

US Dept of Eduction
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Fifth Third Bank
303 East Emmitt Avenue
Waverly, OH 45690-1339

Great Lakes Parent Plus Loan
PO Box 7860
Madison, WI 53707-7860

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302

Ohio Department of Taxation
Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541-1067

Ron Sears
4183 Otter Creek Dr
Amelia, OH 45102-1151

Waverly Dept of Taxation
PO Box 427
Waverly, OH 45690-0427

Richard Breitenback
227 Grandview Ave
Waverly, OH 45690-1028

Webbank-Fingerhut
6250 Ridgewood Rd
St. Cloud, MN 56303-0820

Wells Fargo Financial Cards
PO Box 5943
Sioux Falls, SD 57117-5943

Wells Fargo Bank, N.A.
PO Box 10438
Des Moint, IA 50306-0438

Wells Fargo Financial Bank
PO Box 10475
Des Moines, IA 50306-0475

/s/ G. Timothy Dearfield, Esq.
G. Timothy Dearfield, Esq. (0039684)
Counsel for Debtor(s)